946

No. 1233, Misc. SHANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1267, Misc. MOCCIO v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Robert M. de Poto* for petitioner. *William Cahn* for respondent.

No. 1347, Misc. YOUNG v. JUDICIAL CIRCUIT COURT OF MOBILE COUNTY. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 1363, Misc. NARRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *James R. Gillespie* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 1615, Misc. PHILLIPS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1610, Misc. COX v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1523, Misc. OSBORNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris A. Shenker* and *Murry L. Randall* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Philip R. Monahan* for the United States.